DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAIGE HUBBS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1795

[October 30, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Hendriks, Judge; L.T. Case No. 2023MM001019A.

Daniel Eisinger, Public Defender, West Palm Beach, and Austin C. Edwards, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***